# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**GREGORY GORAK,**
    Petitioner,

  v.             Case No. 14-C-1411

**ESKER TATUM, Warden,**
**FCI-Berlin, and J.B. VAN HOLLEN,**
**Attorney General of the State of Wisconsin**
    Respondents.

---

## ORDER

  Gregory Gorak has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Gorak is currently in federal custody, but his petition challenges future custody under a Wisconsin judgment of conviction. In an order dated November 12, 2014, I reviewed the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases and ordered the respondent to file an answer or dispositive motion within 30 days. On November 17, 2014, the court received a motion from petitioner in which he asks that I expedite proceedings in this case because he is scheduled to begin serving his Wisconsin sentence soon. That motion will be denied. Nearly all § 2254 petitioners are serving the sentence that they are challenging while their cases are pending, and thus the fact that petitioner will begin serving his Wisconsin sentence soon is not a reason to treat this case differently than any other § 2254 case.

  Therefore, **IT IS ORDERED** that petitioner's motion for expedited review (ECF No. 8) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 12th day of December 2014.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge